IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EDWARD JONES                                                                PLAINTIFF

v.                              No. 4:22-cv-1239-DPM

DIANE BOWMAN                                                              DEFENDANT

## JUDGMENT

Jones's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 February 2023